McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
CAROL S. CLARK MOBN 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Carol.S.Clark@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JOHANNA ROBINNEIL BRITT,<br><br>    Plaintiff,<br><br>ANDREW SAUL,[1]<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:19-cv-01137-DB<br><br>STIPULATION FOR REMAND<br>AND ORDER |

    IT IS HEREBY STIPULATED, by and between Johanna Robinneil Britt (Plaintiff) and Andrew Saul, Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 USC § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the Plaintiff's alleged symptoms pursuant to Social Security Ruling 16-3p, further consider the severity of Plaintiff's obesity and its effects pursuant to Social Security Ruling 19-2p, and reevaluate the medical evidence of record and Plaintiff's residual function capacity; and take further action as warranted to complete the administrative record and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: February 6, 2020

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Carol S. Clark*
CAROL S. CLARK
Special Assistant U.S. Attorney

Attorneys for Defendant

By: /s/ Dominique Venna Ramer
DOMINIQUE VENNA RAMER
Attorney for Plaintiff (signature authorized by email on February 6, 2020)

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: February 7, 2020        /s/ DEBORAH BARNES
                               UNITED STATES MAGISTRATE JUDGE